# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MICHAEL J. WOOTEN                                                                    PLAINTIFF

v.                                    Case No. 2:17-cv-000125 KGB

NORTHLAND INSURANCE COMPANY                                                          DEFENDANT

## ORDER

Before the Court is plaintiff Michael J. Wooten's motion for voluntary dismissal with prejudice (Dkt. No. 14). Mr. Wooten submits that the parties have reached a resolution in this matter and seeks dismissal of this case with prejudice (*Id*.). For good cause shown, the Court grants the motion and dismisses this case with prejudice (Dkt. No. 14).

So ordered this the 12th day of March, 2018.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge